IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAN ZHOU SOBHI, | No..C-07-6245 MEJ |
| Plaintiff, | ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

On February 8, 2008 Defendant noticed their *Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim* for March 20, 2008. The Court hereby the continues the hearing on Defendant's Motion to April 10, 2008.

**IT IS SO ORDERED.**

Dated: March 6, 2008

MARIA-ELENA JAMES
United States Magistrate Judge