JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAN ZHOU SOBHI,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of the Citizenship and Immigration Services; DONALD NEUFELD, Director of the California Service Center of USCIS; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation,<br><br>                Defendants. | No. C 07-06245 MEJ<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ~~PROPOSED~~ ORDER |

        On December 11, 2007, the Court issued a scheduling order, setting a Case Management Conference on March 20, 2008. On February 8, 2008, Defendants filed a motion to dismiss this action, noticed for March 20, 2008. However, the Court has continued the hearing on Defendants' Motion to April 10, 2008.

///

///

///

///

In order to promote efficiency, the parties hereby stipulate, subject to the Court's approval, to stay the CMC pending the Court's ruling on Defendants' Motion to Dismiss. Alternatively, the parties respectfully suggest continuing the Case Management Conference to April 10, 2008, to be heard following the hearing on the Motion to Dismiss.

Dated: March 10, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: March 10, 2008

/s/
BOBBY GLEN BELL, Jr.
Epstein, Surowitz, & Bell
Attorney for Plaintiff

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby STAYED.

Dated: March 11, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

**ALTERNATIVE PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The Case Management Conference is hereby continued to April 10, 2008, at 10:00 a.m. The parties shall file a Joint Case Management Statement no later than April 3, 2008.

Dated:

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.